No. 44544.—Protests 981271–G, etc., of Allaire, Woodward & Co. et al. (New York).

Opinion by Evans, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A.—, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

No. 44545.—Protests 996325–G, etc., of George Lueders & Co. et al. (New York).

Opinion by Evans, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

No. 44546.—Protests 704417–G/81427, etc., of Naumes Forwarding Service et al. (Chicago, etc.).

Opinion by Evans, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44547.—Protests 737730–G, etc., of McLaughlin & Freeman et al. (Boston).

Opinion by Evans, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44548.—Protests 803205–G, etc., of Jaburg Bros. (New York).

Opinion by Evans, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44549.—Protest 822792–G of Herzfeld & Phillipson Co. (Milwaukee).

Opinion by Evans, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

Before the First Division, October 15, 1940

No. 44550.—Protests 526392–G, etc., of Feltex Corp. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44551.—Protests 964676–G, etc., of Butler Bros. et al. (New York).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.